## FIRST STATE BANK OF PINEVILLE v. PITMAN et al.

Court of Appeals of Kentucky.

(Decided April 19, 1932.)

N. C. HARRIS for movant.

HOGG & MOORE for opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## VARNEY v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided April 22, 1932.)

O. M. GOFF for movant.

BAILEY P. WOOTTON, Attorney General, and H. H. RICE, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.